UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00497-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.95.253.148,

    Defendant.

---

### PLAINTIFF'S VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.95.253.148 are voluntarily dismissed with prejudice.

Dated: April 15, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jessica Fernandez*
　　　　　　　　　　　　　　　　　　　　　　Jessica Fernandez (Bar #: 30219)
　　　　　　　　　　　　　　　　　　　　　　Associate In-House Counsel
　　　　　　　　　　　　　　　　　　　　　　General Media Systems, LLC
　　　　　　　　　　　　　　　　　　　　　　11239 Ventura Blvd
　　　　　　　　　　　　　　　　　　　　　　Suite #103 Box 717
　　　　　　　　　　　　　　　　　　　　　　Studio City, CA 91604
　　　　　　　　　　　　　　　　　　　　　　Phone: 818-253-1453
　　　　　　　　　　　　　　　　　　　　　　Fax: 323-872-0022
　　　　　　　　　　　　　　　　　　　　　　Jessica@Strike3Holdings.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.